IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DONALD DUNN and
KAY DUNN, Husband and Wife, et al.                                      PLAINTIFFS

V.                          CASE NO. 3:10-CV-03119

JASON B. AAMODT and
MARIA AAMODT, Husband and Wife                                 DEFENDANTS

## JUDGMENT

For the reasons set forth in the Order filed January 18, 2012, IT IS ORDERED AND ADJUDGED that Defendants' Motion for Summary Judgment (Doc. 15) is GRANTED, Plaintiffs' Counter-Motion for Summary Judgment (Doc. 19) is DENIED, and Plaintiffs' claims are DISMISSED WITH PREJUDICE.

The parties are to bear their own fees and costs.

IT IS SO ORDERED AND ADJUDGED this 18th day of January, 2012.

                                                   /s/ P. K. Holmes, III
                                                   P.K. HOLMES, III
                                                   UNITED STATES DISTRICT JUDGE